**FILED**

April 08, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM

DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

|  |  |  |
|---|---|---|
| **TOMAS ADONEAL MURCIA SARMIENTOS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| v. | § | **NO. SA-26-CV-01196-OLG** |
| | § | |
| **RAYMUNDO CASTRO, in his official capacity as Warden, South Texas Detention Complex, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**DISMISSAL ORDER**

Before the Court is the Unopposed Motion for Dismissal (Dkt. No. 10) filed by Petitioner, who has elected to take voluntary departure and, as a result, seeks dismissal of his Petition for Writ of Habeas Corpus as moot. Accordingly, the Court finds that the Motion (Dkt. No. 10) should be and hereby is **GRANTED**, and this habeas proceeding is **DISMISSED AS MOOT**.

This case is **CLOSED**.

**SIGNED** on April 8, 2026.

_____
ORLANDO L. GARCIA
United States District Judge